UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CANIDAE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD COOPER, et al., <br><br> Defendants. | No. 6:21-CV-019-H-BU |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on February 9, 2022. Dkt. No. 62. Judge Parker recommends that the Court deny the defendants' motion to dismiss and that the defendants' affirmative defenses be dismissed without prejudice. No objections to Judge Parker's FCR were filed, so the Court reviewed it only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). Finding none, the Court accepts and adopts the FCR (Dkt. No. 62). The Coopers' motion to dismiss (Dkt. No. 17) is denied, and their affirmative defenses are dismissed without prejudice.

So ordered on March __4__, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE