UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CANIDAE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD COOPER, et al., <br><br> Defendants. | No. 6:21-CV-019-H-BU |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On August 4, 2022, United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case. Dkt. No. 82. Judge Parker recommended that the Court grant Canidae's Motion to Dismiss Amended Counterclaims as to each claim. *Id.* at 35. No objections to the FCR were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The Court has reviewed the FCR for plain error. Finding none, the Court accepts the FCR of the Magistrate Judge. Accordingly, Canidae's motion to dismiss (Dkt. No. 51) is granted as to each claim.

So ordered on August 22, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE